BARRY L. GREENHALGH   52436
STUART GOLDFARB   38571
16633 VENETURA BOULEVARD, SUITE 1405
ENCINO, CALIFORNIA   91436
818-788-9909

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM VALENTIN, ALEJANDRO FRANCISCO PERALTA, MICHAEL DOMINGUEZ, and FRANK MARGARITO ESCOBEDO<br><br>Plaintiff(s),<br>v.<br>ROBERT JACKSON, et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>CV 15-9011 BRO (AFMx)<br><br>ORDER ON<br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| JULY 7, 2017 | BARRY L. GREENHALGH |
|---|---|
| Date | Signature of Attorney/Party |

NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

IT IS SO ORDERED.
DATED: July 12, 2017

UNITED STATES DISTRICT JUDGE

CV-09 (03/10)   NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)